UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM RAMSING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO SUPERIOR COURT,<br><br>　　　　Defendant. | No. 2:17-cv-2631-MCE-EFB PS<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a motion for default judgment against defendant Sacramento Superior Court, but failed to notice the motion for hearing as required by the court's local rules. ECF No. 16; *see* E.D. L.R. Cal. 230(b). Accordingly, he was ordered to contact chambers to obtain available civil law and motion hearing dates. After plaintiff failed to comply with that order, his defectively filed motion for default judgment was denied without prejudice, and he was ordered to show cause why sanctions should not be imposed for his failure to comply with the court's order. ECF No. 18.

In response, plaintiff argues that this case should not be dismissed because such a sanction is appropriate only in extreme circumstances. ECF No. 19. But plaintiff failed to provide any explanation as to why sanctions should not be imposed. He also has not filed a properly noticed motion for default judgment, nor taken any other action to prosecute this case.

/////

1

Accordingly, good cause appearing, it is hereby ORDERED that:

1. Plaintiff shall show cause, in writing, no later than February 21, 2020, why this action should not be dismissed for lack of prosecution and/or for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

2. Failure of plaintiff to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders.

DATED: February 6, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE