UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM RAMSING, | No. 2:17-cv-2631-MCE-EFB PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO SUPERIOR COURT, | |
| Defendant. | |

Plaintiff filed a motion for default judgment against defendant Sacramento Superior Court, but he failed to notice the motion for hearing as required by the court's local rules. ECF No. 16; *see* E.D. L.R. Cal. 230(b). Accordingly, he was ordered to contact chambers to obtain available civil law and motion hearing dates. After he failed to comply with that order, plaintiff's defectively filed motion for default judgment was denied without prejudice, and he was ordered to show cause why sanctions should not be imposed for his failure to comply with the court's order. ECF No. 18.

In response, plaintiff argued that this case should not be dismissed. ECF No. 19. But he did not provide any explanation as to why sanctions should not be imposed. Nor did he take any action to prosecute this case. Accordingly, plaintiff was then ordered to show cause, by no later than February 21, 2020, why this action should not be dismissed for lack of prosecution and/or failure to comply with court orders. ECF No. 20. Plaintiff was also admonished that failure to

1

comply with that order could result in a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with court orders. *Id*.

That deadline has passed, and plaintiff has not responded to the court's order to show cause.

Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to prosecute and to comply with court orders. *See* Fed. R. Civ. P. 41(b); Cal. E.D. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan,* 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 27, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE